Joseph L. Kish (CA SBN 136429)
Synergy Law Group
730 West Randolph, 6th Floor
Chicago, IL 60661
Telephone: 312.454.0015
Facsimile: 312.454.0261
jkish@synergylawgroup.com

Attorney for Guaranteed Rate, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| JESSICA DELANEY (f/k/a Jessica Delong), an individual<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, a Delaware Corporation; GUARANTEED RATE, INC. a Delaware Corporation; CAPITAL MARKET FUNDING, INC., a California Corporation; and DOES 1 TO 50, Inclusive,<br><br>Defendants | Case No.      ND CV 09-3131 BZ<br><br>Hon. Magistrate Bernard Zimmerman<br><br>**REQUEST FOR JUDICIAL NOTICE FILED BY GUARANTEED RATE, INC. IN SUPPORT OF MOTION TO DISMISS**<br><br>Complaint filed:   July 10, 2009<br>Trial Date:   None<br><br>Date: November 18 2009<br>Time:  10:00 a.m. PST<br>Courtroom: G, 15th Floor |

**TO THE COURT, TO THE PLAINTIFF AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** Defendant, Guaranteed Rate, Inc. ("GRI") hereby requests the Court take judicial notice of the following documents pursuant to Fed. R. Ev. 201.

GRI brings this Request for Judicial Notice in support of its Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. GRI requests this Court take judicial notice of the following documents because they are either a matter of public record, referenced in Plaintiff's Complaint, or are central to the claims raised in Plaintiff's Complaint. A Court is permitted to consider documents that are not attached to the Complaint if the Plaintiff refers to them by reference or they form the basis of Plaintiff's claim. See *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). This is permitted to prevent "plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting references to documents upon which their claims are based." *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. Cal. 1998) (superseded by statute on other grounds).

1. **Exhibit 1:** A true and correct copy of the Deed of Trust executed by Jessica Delaney, f/k/a Jessica Delong, on July 11, 2006, in favor of Defendant, GRI, secured by property located at 3900 Santa Rita Street, Oakland, California and recorded in the Official Public Records of Alameda County, document number 2006282291.

2. **Exhibit 2:** A true and correct copy of the Adjustable Rate Note issued by Defendant, GRI, signed by Plaintiff, Jessica Delong, and dated July 11, 2006.

3. **Exhibit 3:** A true and correct copy of the Addendum to Adjustable Rate Note signed by Plaintiff, Jessica Delong, and dated July 15, 2006.

4. **Exhibit 4:** A true and correct copy of the Adjustable Rate Rider signed by Plaintiff, Jessica Delong, and dated July 11, 2006.

5. **Exhibit 5:** A true and correct copy of the Adjustable Rate Mortgage Loan Program Disclosure signed by Plaintiff, Jessica Delong, and dated July 15, 2006.

REQUEST FOR JUDICIAL NOTICE FILED BY GUARANTEED RATE, INC.

6. **Exhibit 6:** A true and correct copy of the Important Loan Information Adjustable Rate Mortgage Loan Program Disclosure Pay Option MTA signed by Plaintiff, Jessica Delong, and dated June 8, 2006. An unsigned copy that is more legible has also been attached for the convenience of the Court and the Parties.

7. **Exhibit 7:** A true and correct copy of the Truth in Lending Disclosure Statement signed by Plaintiff, Jessica Delong, and dated July 15, 2006.

8. **Exhibit 8:** A true and correct copy of the Notice of Right to Cancel, Copy 1, signed by Plaintiff, Jessica Delong, and dated July 15, 2006.

9. **Exhibit 9:** A true and correct copy of the Notice of Right to Cancel, Copy 2, signed by Plaintiff, Jessica Delong, and dated July 15, 2006.

Dated: September 29, 2009         Respectfully Submitted,

                                  GUARANTEED RATE, INC

                                  /s/ Joseph L. Kish
                                  Joseph L. Kish
                                  Attorney for Defendant
                                  Guaranteed Rate, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing Request for Judicial Notice filed by Guaranteed Rate, Inc. was served upon the attorneys listed below electronically through CM/ECF on September 29, 2009.

Tiffany Lauren Gray   tgray@collettelegal.com

Joseph L. Kish               jkish@synergylawgroup.com; nmcdonald@synergylawgroup.com

                        Respectfully Submitted,

                        GUARANTEED RATE, INC

                        /s/ Joseph L. Kish
                        Joseph L. Kish
                        Attorney for Defendant
                        Guaranteed Rate, Inc.