1  SUNNY S. HUO (State Bar No. 181071)
   ANDREW W. NOBLE (State Bar No. 245993)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  ssh@severson.com
   awn@severson.com
6
   JANE K. LEE (State Bar No. 247259)
7  SEVERSON & WERSON
   A Professional Corporation
8  The Atrium
   19100 Von Karman Ave., Suite 700
9  Irvine, CA 92612
   Telephone: (949) 442-7110
10 Facsimile: (949) 442-7118
   jkl@severson.com
11
   Attorneys for Defendant
12 AURORA BANK FSB erroneously sued as
   AURORA LOAN SERVICING, INC. a
13 Delaware Corporation

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DELANEY (f/k/a Jessica Delong), an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICING, INC. a Delaware Corporation; GUARANTEED RATE, INC., a Delaware Corporation; CAPITAL MARKET FUNDING, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 09 3131 BZ<br>Assigned to:<br>Magistrate Judge Bernard Zimmerman<br><br>**DEFENDANT AURORA BANK FSB'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date: November 18, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom G<br>Judge: Hon. Bernard Zimmerman<br><br><br>Complaint filed: July 10, 2009<br>Trial date: TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 18, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom G of the above-entitled Court located at 45 Golden Gate Avenue, San Francisco, California, Defendant Aurora Bank FSB, erroneously sued as Aurora Loan Services, Inc., will move and hereby does move this Court to dismiss this action pursuant to FRCP 12(b)(6) because Plaintiff Jessica Delaney's (f/k/a Jessica Delong) complaint fails to state a claim upon which relief can be granted as further explained in the accompanying Memorandum of Points and Authorities.

This motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, Request for Judicial Notice, and the pleadings and papers filed herein.

DATED: October 2, 2009

SEVERSON & WERSON
A Professional Corporation


By: /s/ Jane K. Lee
    JANE K. LEE
    Attorneys for Defendant
    AURORA BANK FSB erroneously served as
    AURORA LOAN SERVICES, LLC a
    Delaware a Limited Liability Company

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **DEFENDANT AURORA BANK FSB'S NOTICE OF MOTION AND MOTION TO DISMISS** on the interested parties in this action:

☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

Tiffany L. Gray, Esq.  **Attorneys for Plaintiff Jessica Delaney**
STEPHEN P. COLLETTE &
ASSOCIATES
811 Wilshire Blvd., Ste. 1200
Los Angeles, CA 90017
Tel: (213) 542-8272
Fax: (562) 684-4531
Email: tgray@collettelegal.com

☒   **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒   **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒   **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 2, 2009, at Irvine, California.

By: _____
Lorraine Johnson