<div style="column"><b>United States District Court</b><br/>For the Northern District of California</div>

1
2
3
4
5
6
7
8    **IN THE UNITED STATES DISTRICT COURT**
9    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
11   **JESSICA DELANEY (f/k/a Jessica Delong), an individual,**          No   C 09-3131 VRW
12              **Plaintiff,**                                           ORDER
13              **v**
14   **AURORA LOAN SERVICING, INC, a Delaware Corporation; GUARANTEED**
15   **RATE, INC, a Delaware Corporation; CAPITAL MARKET**
16   **FUNDING, INC, a California Corporation; and DOES 1-50,**
17   **inclusive,**
18              **Defendants.**
                                                  /
19
20
21           On March 1, 2010, the court ordered plaintiff Jessica
22   Delaney to show cause on or before March 19, 2010 why defendant
23   Capital Market Funding Inc should not be dismissed for failure to
24   serve.  Doc #33 at 8-9.  Plaintiff was warned that failure to
25   respond to the order would be deemed grounds to dismiss Capital
26   Market Funding Inc as a defendant.  Id.
27           Plaintiff failed to respond to the order, and the
28   deadline for doing so has passed.  Accordingly, all claims against

1  **Capital Market Funding Inc are hereby DISMISSED.  The clerk is**
2  **directed to terminate all pending motions and close the file.**
3
4             **IT IS SO ORDERED.**
5
6                                    _[signature]_____
7                                    **VAUGHN R WALKER**
                                     **United States District Chief Judge**
8